**Motion Granted; Dismissed and Memorandum Opinion filed August 21, 2014.**



In The

# Fourteenth Court of Appeals

### NO. 14-14-00250-CV

### DOUG WEAVER, Appellant

### V.

### LAPOLLA INDUSTRIES, INC., Appellee

**On Appeal from the 125th District Court
Harris County, Texas
Trial Court Cause No. 2013-54663**

## M E M O R A N D U M   O P I N I O N

This is an accelerated appeal from an order signed March 11, 2014, denying appellant's special appearance. On August 6, 2014, appellant filed an unopposed motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Christopher and Busby.